JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
By: RACHEL KROLL
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2765
Email: rachel.kroll@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. O'HAGAN, NANCY K. O'HAGAN, SELENE FINANCE LP, WELLS FARGO BANK, N.A., U.S. BANK TRUST, N.A., and NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE,<br><br>Defendants. | COMPLAINT<br><br>26 Civ. 7174 |

Plaintiff the United States of America (the "United States"), by and through its attorney, James M. McDonald, United States Attorney for the Southern District of New York, alleges upon information and belief as follows:

## INTRODUCTION

1. This is a civil action brought by the United States, on behalf of its agency, the Internal Revenue Service (the "IRS"), to (a) reduce to judgment assessments of the federal tax liabilities of defendants William J. O'Hagan and Nancy K. O'Hagan for unpaid taxes, penalties and interest provided by law; and (b) enforce federal tax liens upon personal property belonging

to Mr. O'Hagan, namely the single family home he owns, which is located at 940 King Street, Chappaqua, New York 10514 (the "Property"), which is located in Westchester County.

2. This action has been authorized and requested by a delegate of the Secretary of the Treasury and is brought at the direction of the Attorney General of the United States pursuant to 26 U.S.C. §§ 7401 and 7403, as amended.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 7402(a) and 7403(a).

4. Venue is proper in the Southern District of New York pursuant to 28 U.S.C. §§ 1391(b) and 1396, the Property is situated in this District and because the tax liabilities giving rise to this action accrued in this District.

## THE PARTIES

5. Defendant William J. O'Hagan is a natural person who resides at 940 King Street, Chappaqua, New York 10514, which is in this District.

6. Defendant Nancy K. O'Hagan is a natural person who resides at 940 King Street, Chappaqua, New York 10514, which is in this District.

7. Defendant Selene Finance LP is an entity headquartered in Dallas, Texas. Selene Finance may have or claim to have an interest in the proceeds of any sale of the Property.

8. Defendant Wells Fargo Bank, N.A. is an entity headquartered in San Fransico, California. Wells Fargo may have or claim to have an interest in the proceeds of any sale of the Property.

9. Defendant U.S. Bank Trust, N.A. is an entity headquartered in Portland, Oregon. U.S. Bank Trust may have or claim to have an interest in the proceeds of any sale of the Property.

10. Defendant the New York State Department of Taxation and Finance is a state agency located in Albany, New York. It may have or claim to have an interest in the proceeds of any sale of the Property.

**FIRST CLAIM FOR RELIEF**
**(Reducing Assessments to Judgment)**

11. The allegations in paragraphs 1 through 10 are repeated and realleged as though set forth fully herein.

12. As of August 19, 2026, the O'Hagans were indebted to the United States for deficiencies in the payment of their federal income taxes for the years 2016, 2017, 2018, 2019, 2020, 2021, 2022, and 2023. The outstanding obligations, which totaled $1,800,244.57 as of August 19, 2026, are set forth in the following table, along with the dates on which the IRS filed Notices of Federal Tax Liens in the Westchester County Clerk's Office against the O'Hagans.

| Tax Year | Date Tax Assessed | Original Tax Assessed | Original Penalties Assessed | Original Interest Assessed | Amount Owed (as of Aug. 19, 2026) | Notice of Federal Tax Lien Record Date |
|---|---|---|---|---|---|---|
| 2016 | 12/04/2017 | $502,423.00 | $26,811.71 | $11,391.93 | $320,294.15 | 01/10/2018 |
| 2017 | 12/10/2018 | $366,034.00 | $23,325.12 | $12,114.78 | $727,130.13 | 03/17/2021 |
| 2018 | 12/02/2019 | $138,451.00 | $4,007.88 | $2,032.92 | $110,597.07 | 03/17/2021 |
| 2019 | 06/07/2021 | $159,402.00 | $22,307.31 | $2,726.53 | $147,445.09 | 10/14/2021 |
| 2020 | 11/14/2022 | $174,443.00 | $17,891.95 | $9,772.91 | $169,877.91 | 08/24/2023 |
| 2021 | 01/02/2023 | $88,045.00 | $4,695.11 | $3,263.43 | $131,904.15 | 08/24/2023 |
| 2022 | 01/01/2024 | $58,852.00 | $7,410.68 | $3,218.46 | $160,849.81 | 02/21/2024 |
| 2023 | 12/30/2024 | $21,333.00 | $2,905.96 | $1,258.47 | $32,146.26 | 09/23/2025 |

13. The lien amounts in the above table reflect unpaid assessed balances and accrued penalties and interest as of August 19, 2026. Interest, penalties and other statutory additions are continuing to accrue on the outstanding obligations according to law.

14. Despite notice and due demand by the IRS, the O'Hagans have neglected or refused to pay the full amount of the assessed liability. The IRS has exhausted its administrative remedies in attempting to collect the amount due.

15. By reason of the foregoing, and pursuant to 26 U.S.C. §§ 6321 and 6322, federal tax liens in favor of the United States arose as of the dates of the assessments and attached to all property and rights to property of the O'Hagans, including Mr. O'Hagan's interest in the Property.

16. By this action the United States seeks to reduce the aforementioned tax assessments and liens to judgment.

**SECOND CLAIM FOR RELIEF**
**(Foreclosure on the Property)**

17. The allegations in paragraphs 1 through 16 are repeated and realleged as though set forth fully herein.

18. The federal tax liens arising in favor of the United States, described above, attached to all property or rights to property owned by the O'Hagans as of the dates of the federal tax assessments, including the Property, as well as to all property or rights to property thereafter acquired. By this action the United States seeks to foreclose its liens against the Property, which was owned by Mr. O'Hagan on the dates the liens were filed.

19. The federal tax liens against all property and rights to property of the O'Hagans attached to Mr. O'Hagan's interest in the Property on the dates the assessments were made, and the liens have remained attached to the Property from those dates to the present.

20. The federal tax liens have not been satisfied.

21. Upon information and belief, Mr. O'Hagan purchased the Property, which is a single-family home, on September 13, 2006. The property is deeded to Mr. O'Hagan and he is the sole owner of the Property.

22. Upon information and belief, Selene Finance is the current servicer of the mortgage for the Property, and the mortgage principal balance as of May 7, 2025, was $803,973.31.

23. Upon information and belief, U.S. Bank Trust, N.A. was assigned the mortgage for the Property on April 27, 2023;

24. Upon information and belief, Wells Fargo held a home equity line of credit for the Property, which was reported as a loss in April 2025.

25. Upon information and belief, the New York State Department of Taxation and Finance filed a lien against the Property on July 26, 2023, for $70,153.95 with interest accruing at an annual rate of 9%.

26. Upon information and belief, the current fair market value of the Property is at least $2,250,000.

27. No other action has been commenced at law or otherwise for recovery of this sum or any part thereof.

28. Accordingly, the IRS's liens against the O'Hagans should be enforced against the Property, pursuant to 26 U.S.C. § 7403.

WHEREFORE, plaintiff the United States demands judgment:

(a) awarding the United States and reducing to judgment in favor of the United States the amount of the assessed federal tax liabilities of the O'Hagans, as described in paragraph 12

above, including taxes, penalties, interest, fees, and statutory additions, which, as of August 19, 2026, totaled $1,800,244.57, plus interest, penalties and statutory additions accruing thereon from August 19, 2026, to the date of judgment, according to law (less any payment made and credited against the foregoing);

(b) declaring that any interest or claimed interest of Mr. O'Hagan in the Property is subject to valid and subsisting federal tax liens;

(c) declaring that with respect to Mr. O'Hagan's interest in the Property, the defendants, and all other persons whose interest in the Property is subordinate to or recorded after the attachment of the Government's liens, be forever barred and foreclosed from all right, title, claim, lien or other interest in the Property, respectively, except if (and solely to the extent that) the Government's claims are fully satisfied and additional value remains;

(d) directing the foreclosure of the federal tax liens upon the Property and the sale of the Property by an officer of this Court, with the proceeds to be applied to the debt due the United States under the liens, together with interest to the date of payment, plus costs and disbursements of this action;

(e) adjudging the O'Hagans liable for a deficiency judgment, in the event of a deficiency in the amount collected upon the sale of the Property, in the amount of any such deficiency;

(f) directing that any current occupant of the Property vacate it on or before the date of foreclosure upon the liens; and

(g) awarding the United States its costs, disbursements, and such further relief against defendants as the Court may deem just and proper.

Dated: New York, New York
August 22, 2026

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
*Attorney for the United States of America*

By: */s/ Rachel Kroll*
RACHEL KROLL
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2765
Email: rachel.kroll@usdoj.gov