UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

WILLIAM J. O'HAGAN, NANCY K. O'HAGAN, *et al.*,

Defendants.

26-CV-7174 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

The United States of America filed this action on August 22, 2026, (Doc. 1), and, on September 15, 2026, filed an affidavit of service on Defendant Wells Fargo Bank N.A., indicating that service was effectuated on August 31, 2026, (Doc. 21.) The deadline for Defendant Wells Fargo Bank N.A. to respond to Plaintiff's complaint was September 21, 2026. To date, Defendant Wells Fargo Bank N.A. has not appeared or responded to the complaint. Plaintiff, however, has taken no further action to prosecute this case against Wells Fargo Bank N.A. Accordingly, if Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 13, 2026. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case against Wells Fargo Bank N.A. for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: November 9, 2026
New York, New York

VERNON S. BRODERICK
United States District Judge