UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>WILLIAM J. O'HAGAN, NANCY K. O'HAGAN, *et al.*,<br><br>Defendants. | : | 26-CV-7174 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

The United States of America filed this action on August 22, 2026, (Doc. 1), and, on September 15, 2026, filed a certificate of service on Defendant New York State Department of Taxation and Finance, indicating that service was effectuated on September 1, 2026, (Doc. 22.) The deadline for Defendant New York State Department of Taxation and Finance to respond to Plaintiff's complaint was September 22, 2026. To date, Defendant New York State Department of Taxation and Finance has not appeared or responded to the complaint. Plaintiff, however, has taken no further action to prosecute this case against New York State Department of Taxation and Finance. Accordingly, if Plaintiff intends to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 23, 2026. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case against Defendant New York State Department of Taxation and Finance for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: November 18, 2026
New York, New York

Vernon Broderick

VERNON S. BRODERICK
United States District Judge